CLERK'S OFFICE U.S. DISTRICT COURT
AT CHARLOTTESVILLE, VA
FILED

APR 2 2 2026

LAURA A. AUSTIN CLERK
BY: _____
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : **Case No.** 3:26cr5 |
| | : |
| **v.** | : **In violation of:** |
| | : **18 U.S.C. § 2252A(a)(1), (b)(1)** |
| **JACOB PERCH** | : **18 U.S.C. § 2252A(a)(5)(B), (b)(2)** |
| | : |

**INDICTMENT**

The Grand Jury charges that:

**COUNT ONE**
*Transportation of Child Pornography*
*(18 U.S.C. § 2252A(a)(1))*

1.     On or about June 2, 2022, in the Western District of Virginia and elsewhere, the defendant, JACOB PERCH, knowingly transported, using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, by any means including by computer, any child pornography, as defined in Title 18, United States Code, Section 2256(8).

2.     All in violation of Title 18, United States Code, Section 2252A(a)(1) and 2252A(b)(1).

**COUNT TWO**
*Transportation of Child Pornography*
*(18 U.S.C. § 2252A(a)(1))*

3.     On or about December 10, 2023, in the Western District of Virginia and elsewhere, the defendant, JACOB PERCH, knowingly transported, using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, by any means

USAO No. 2024R00275

1

including by computer, any child pornography, as defined in Title 18, United States Code, Section 2256(8).

4. All in violation of Title 18, United States Code, Section 2252A(a)(1) and 2252A(b)(1).

## COUNT THREE
### *Possession of Child Pornography*
### *(18 U.S.C. § 2252A(a)(5)(B))*

5. On or about April 3, 2024, in the Western District of Virginia and elsewhere, the defendant, JACOB PERCH, knowingly possessed material, namely a Dell computer tower with serial number 210987654321, that contained images of child pornography as defined in Title 18, United States Code, Section 2256(8)(A), involving a prepubescent minor and a minor who had not attained 12 years of age, such images having been mailed, shipped, and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer. At least one such image of a prepubescent minor was different than the images involved in Counts One, Two, and Four.

6. All in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and 2252A(b)(2).

## COUNT FOUR
### *Possession of Child Pornography*
### *(18 U.S.C. § 2252A(a)(5)(B))*

7. On or about April 3, 2024, in the Western District of Virginia and elsewhere, the defendant, JACOB PERCH, knowingly possessed material, namely a Transcend External Hard Drive, that contained images of child pornography as defined in Title 18, United States Code,

USAO No. 2024R00275

Section 2256(8)(A), involving a prepubescent minor and a minor who had not attained 12 years of age, such images having been mailed, shipped, and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.   At least one such image of a prepubescent minor was different than the images involved in Counts One, Two, and Three.

8.      All in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and 2252A(b)(2).

## NOTICE OF FORFEITURE

9.      Upon conviction of one or more of the felony offenses alleged in this Indictment, the defendant shall forfeit to the United States:

    a.   any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of law, pursuant to 18 U.S.C. § 2253(a)(1);

    b.   any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from said violation of law, pursuant to 18 U.S.C. § 2253(a)(2); and

    c.   any property, real or personal used or intended to be used to commit or to promote the commission of said violation of law, or any property traceable to such property, pursuant to 18 U.S.C. § 2253(a)(3).

10.     The property to be forfeited to the United States includes but is not limited to the following property:

    a.      Electronic Equipment

        i.  Dell computer tower with serial number 210987654321 (identified as Evidence Item 13 by Culpeper County Sheriff's Office);

       ii.  Transcend External Hard Drive 1TB (identified as Evidence Item 8 by Culpeper County Sheriff's Office);

b.     All such material containing the above-described visual depictions.

11.    If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

a.  cannot be located upon the exercise of due diligence;
b.  has been transferred or sold to, or deposited with a third person;
c.  has been placed beyond the jurisdiction of the Court;
d.  has been substantially diminished in value; or
e.  has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States to seek forfeiture of any other property of the defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

A TRUE BILL, this **22** day of April 2026.

*s/ Grand Jury Foreperson*
Grand Jury Foreperson

SALLY J. SULLIVAN
Assistant United States Attorney